**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 8, 2017**



John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-50071 |
| | ) | |
| MAURIZIO G. DIMICHELE AND | ) | |
| TONYA L. DIMICHELE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge Hoffman |
| | ) | |

**ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE TO DISMISS
CHAPTER 7 CASE WITH PREJUDICE  (Docket No. 21);**

**ORDER DISMISSING CASE WITH PREJUDICE AND BAR TO RE-FILING**

This matter came on for consideration upon the United States Trustee's Motion to Dismiss with Prejudice and a bar to re-filing under 11 U.S.C. §§ 349(a), 707(a), and 727(a)(8) (Docket No. 21).  The Debtors were served with Notice of the Motion  (Docket No. 22).  No timely opposition was filed.  As such, this Court finds the U.S. Trustee's Motion well taken.

Good cause appearing, therefore:

**IT IS HEREBY ORDERED** that the United States Trustee's Motion to Dismiss be and it is hereby GRANTED.

**IT IS FURTHER ORDERED** that this case be and it is hereby DISMISSED, *WITH PREJUDICE*, under 11 U.S.C. §349(a).

**IT IS FURTHER ORDERED** that the Debtors are prohibited from refiling another Bankruptcy Petition under any chapter for a period of one year from the date of entry of this Order.

**IT IS FURTHER ORDERED** that the Debtors are barred from discharging debts disclosed in this case in any future case, if filed.

**IT IS SO ORDERED**.

SUBMITTED BY:

Daniel M. McDermott
United States Trustee
Region 9

By:   /s/ Pamela Arndt
Pamela Arndt  (0068230)
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Telephone:  (614) 469-7411 ext. 228
Facsimile:  (614)469-7448
E-mail: Pamela.D.Arndt@usdoj.gov

COPIES TO:

All Creditors and Parties in Interest

###